FILED
CLERK, U.S. DISTRICT COURT

01/19/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AP _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>IVAN DION MCGEE,<br><br>      Defendant. | ED CR No. 5:22-cr-00023-FMO<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about January 2, 2021, in San Bernardino County, within the Central District of California, defendant IVAN DION MCGEE knowingly possessed the following firearm and ammunition, in and affecting interstate and foreign commerce:

1.   A Glock, Model 36, .45 caliber pistol, bearing serial number KZG644;

2.   Two rounds of Norma .45 caliber ammunition; and

3.   Two rounds of Hornady .45 caliber ammunition.

Defendant MCGEE possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Driving a Vehicle Without Owner's Consent, in violation of California Vehicle Code Section 10851(a), in the Superior Court of the State of California, County of Los Angeles, case number MA039619, on or about September 7, 2007;

2.    Possession of Marijuana for Sale, in violation of California Health and Safety Code Section 11359, in the Superior Court of the State of California, County of Los Angeles, case number MA042409, on or about August 22, 2008;

3.    Conspiracy to Distribute Cocaine Base in the Form of Crack Cocaine, in violation of Title 21, United States Code, Section 846, in the United States District Court for the Central District of California, case number CR 10-861(A)-PSG, on or about September 26, 2011; and

4.    Resisting an Executive Officer, in violation of California Penal Code 69, in the Superior Court of the State of California, County of San Bernardino, case number FVI180000935, on or about April 19, 2018.

1   FORFEITURE ALLEGATION

2   [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

3   1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal

4   Procedure, notice is hereby given that the United States of America

5   will seek forfeiture as part of any sentence, pursuant to Title 18,

6   United States Code, Section 924(d)(1), and Title 28, United States

7   Code, Section 2461(c), in the event of the defendant's conviction of

8   the offense set forth in this Indictment.

9   2.   Defendant, if so convicted, shall forfeit to the United

10  States of America the following:

11       (a)   All right, title, and interest in any firearm or

12  ammunition involved in or used in such offense; and

13       (b)   To the extent such property is not available for

14  forfeiture, a sum of money equal to the total value of the property

15  described in subparagraph (a).

16  3.   Pursuant to Title 21, United States Code, Section 853(p),

17  as incorporated by Title 28, United States Code, Section 2461(c), the

18  defendant, if so convicted, shall forfeit substitute property, up to

19  the value of the property described in the preceding paragraph if, as

20  the result of any act or omission of the defendant, the property

21  described in the preceding paragraph or any portion thereof (a)

22  cannot be located upon the exercise of due diligence; (b) has been

23  transferred, sold to, or deposited with a third party; (c) has been

24  ///

25  ///

26

27

28

3

1 | placed beyond the jurisdiction of the court; (d) has been

2 | substantially diminished in value; or (e) has been commingled with

3 | other property that cannot be divided without difficulty.

4 | A TRUE BILL

5 |

6 | /S/

7 | Foreperson _____

8 | TRACY L. WILKISON
United States Attorney

9 |

10 |

11 | SCOTT M. GARRINGER
Assistant United States Attorney
12 | Chief, Criminal Division

13 | JERRY C. YANG
Assistant United States Attorney
14 | Chief, Riverside Branch Office

15 | BYRON R. TUYAY
Assistant United States Attorney
16 | Riverside Branch Office

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

4